Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 602-778-3700
Fax: 602-778-3750

*Attorney for Defendants United Parcel Service, Inc.;*
*United Parcel Service Flexible Benefit Plan; Aetna*
*Life Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WARREN SMITH, | CASE NO.: 3:20-cv-00454 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| UNITED PARCEL SERVICE, INC.; UNITED PARCEL SERVICE FLEXIBLE BENEFIT PLAN; AETNA LIFE INSURANCE COMPANY, | |
| Defendants. | |

Plaintiff Warren Smith and Defendants United Parcel Service, Inc., United Parcel Service Flexible Benefit Plan, and Aetna Life Insurance Company (collectively the "Parties"), by their respective counsel, hereby stipulate and agree that Defendants may have an extension of time through and including September 21, 2020 to respond to Plaintiff's Complaint. The additional time requested is to permit Defendants to investigate and prepare a responsive pleading to Plaintiff's Complaint.

The Parties certify that this stipulation was done in good faith and not for the purposes of delay.

WHEREFORE, the Parties jointly request that this Court adopt the proposed deadline for Defendants' response to Plaintiff's Complaint as indicated above.

Dated this 3rd day of September 2020.

By: /s/ *Michael W. Flanigan*
    Michael W. Flanigan
    FLANIGAN & BATAILLE
    1007 W. 3rd Ave., Ste. 206
    Anchorage, Alaska, 99501
    Telephone: (907) 279-9999
    Facsimile: (907) 258-3804
    Email: mflanigan@farnorthlaw.com
    Pro Hac Vice

    KENT LAW
    Stephen S. Kent
    Nevada Bar No.: 1251
    201 W. Liberty, Suite 320
    Reno, Nevada 89501
    Tel: 775-324-9800
    skent@skentlaw.com

*Attorneys for Warren Smith*

By: */s/Kristina N. Holmstrom*
    OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.

    Kristina N. Holmstrom
    Nevada Bar No. 10086
    Wells Fargo Tower, Suite 1500
    3800 Howard Hughes Parkway
    Las Vegas, NV 89169
    Telephone: (702) 369-6800
    kristina.holmstrom@ogletree.com

*Attorneys for Defendant United Parcel Service Inc.; United Parcel Service Flexible Benefit Plan; Aetna Life Insurance Company*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 8, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2020, I electronically transmitted the attached document to the Clerk's office using the CM/ECF Systems for filing and a transmittal of a Notice of Electronic Filing to the CM/ECF registrants:

Michael W. Flanigan
FLANIGAN & BATAILLE
1007 W. 3rd Ave., Ste. 206
Anchorage, Alaska, 99501
Telephone: (907) 279-9999
Facsimile: (907) 258-3804
Email: mflanigan@farnorthlaw.com

KENT LAW
Stephen S. Kent
Nevada Bar No.: 1251
201 W. Liberty, Suite 320
Reno, Nevada 89501
Tel: 775-324-9800
skent@skentlaw.com

*Attorneys for Warren Smith*

/s/ Susan Stimson
An Employee of Ogletree, Deakins,
Nash, Smoak & Stewart, P.C.

44045317.1