STEPHEN A. KENT, ESQ.
Nevada Bar No. 1251
KENT LAW
201 West Liberty Street, Suite 320
Reno, Nevada 89501
Telephone: (775) 324-9800
Facsimile: (775) 324-9803
Email: skent@skentlaw.com

*Co-Counsel for Plaintiff Warren Smith*

MICHAEL W. FLANIGAN, ESQ.
Alaska Bar No. 7710114
FLANIGAN & BATAILLE
Admitted *Pro Hac Vice*
1007 W. 3rd Ave., Suite 206
Anchorage, Alaska 99501
Telephone: (907) 279-9999
Facsimile: (907) 258-3804
Email: mflanigan@farnorthlaw.com

*Co-Counsel for Plaintiff Warren Smith*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WARREN SMITH,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., UNITED PARCEL SERVICE FLEXIBLE BENEFIT PLAN, and AETNA LIFE INSURANCE COMPANY,<br><br>          Defendants. | Case No. 3:20-cv-00454-LRH-CLB<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DATE FOR OPENING BRIEF**<br><br>**SPECIAL SCHEDULING REQUESTED** |

Plaintiff Warren Smith, by and through counsel, moves this Court for an extension until February 18, 2021 to file his Opening Brief in this matter. This extension is based on the extension granted to file the Administrative Record. Counsel for the defendants has agreed that the Plaintiff's counsel may represent that this motion is unopposed.

DATED this 25th DAY OF January, 2021

KENT LAW

By: /s/ Stephen A. Kent
   Nevada Bar No. 1251
201 West Liberty Street, Suite 320
Reno, Nevada 89501
Telephone:  (775) 324-9800
Facsimile:  (775) 324-9803
Email:  skent@skentlaw.com
And

FLANIGAN & BATAILLE

By: /s/ Michael W. Flanigan, Esq.
Alaska Bar No._7710114____
Admitted *Pro Hac Vice*
1007 W. 3rd Ave., Suite 206
Anchorage, Alaska 99501
Telephone:  (907) 279-9999
Facsimile:  (907) 258-3804
Email:  mflanigan@farnorthlaw.com

*Co-Counsel for Plaintiff Warren Smith*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  January 26, 2021

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 25, 2021, I electronically transmitted the attached document to the Clerk's office using the CM/ECF Systems for filing and transmitting a Notice of Electronic Filing to the below listed CM/ECF registrants.

STEPHEN A. KENT, ESQ.
Nevada Bar No. 1251
KENT LAW
201 West Liberty Street, Suite 320
Reno, Nevada 89501
Telephone: (775) 324-9800
Facsimile: (775) 324-9803
Email: skent@skentlaw.com

KRISTINA N. HOLMSTROM3
Nevada Bar No. 10086_____
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, Nv 89169
Telephone: (702) 369-6800
Fax: 602-778-3750
Email: kristina.holmstrom@ogletree.com