**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WARREN SMITH, | CASE NO.: 3:20-cv-00454-LRH-CLB |
| Plaintiff, | **JOINT MOTION TO EXTEND DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| UNITED PARCEL SERVICE, INC; UNITED PARCEL SERVICE FLEXIBLE BENEFIT PLAN; AETNA LIFE INSURANCE COMPANY, | **AND ORDER THEREON** |
| Defendants. | |

Defendants United Parcel Service, Inc., United Parcel Service Flexible Benefit Plan and Aetna Life Insurance Company ("Defendants"), by and through counsel, move this Court for an extension of time until April 16, 2021 to file their Response to Plaintiff's Motion for Summary Judgment (Doc. 33). Counsel for Defendants has conferred with counsel for Plaintiff, who indicates he is unopposed to the extension and the relief sought.

///

///

///

///

///

///

Dated this 25th day of March 2021.

    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

    /s/ *Kristina N. Holmstrom*
Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: (702) 369-6800
Fax: (602) 778-3750

*Attorneys for Defendants United Parcel Service, Inc.; United Parcel Service Flexible Benefit Plan; Aetna Life Insurance Company*

FLANIGAN & BATAILLE

/s/ *Michael W. Flanigan, with permission*
Michael W. Flanigan
mflanigan@farnorthlaw.com
1007 W. 3rd Ave., Suite 206
Anchorage, AK 99501
Telephone: (907) 279-9999
Fax: (907) 258-3804

KENT LAW

/s/ *Stephen S. Kent, with permission*
Stephen S. Kent
Nevada Bar No.: 1251
skent@skentlaw.com
201 W. Liberty, Suite 320
Reno, NV 89501
Telephone: (775) 324-9800

*Attorneys for Plaintiff Warren Smith*

**IT IS SO ORDERED.**

DATED: March 26, 2021

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE