|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |
| 8 |  |
| 9 |  |
| 10 |  |
| 11 |  |
| 12 |  |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| WARREN SMITH, | Case No. 3:20-cv-00454-LRH-CLB |
|---|---|
| Plaintiff, |  |
| v. | **PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DATE FOR REPLY BRIEF** |
| UNITED PARCEL SERVICE, INC., UNITED PARCEL SERVICE FLEXIBLE BENEFIT PLAN, and AETNA LIFE INSURANCE COMPANY, | **SPECIAL SCHEDULING REQUESTED** |
|  | **AND ORDER THEREON** |
| Defendants. |  |

    Plaintiff Warren Smith, by and through counsel, moves this Court for an extension until June 21, 2021 to file his Reply Brief in this matter. Counsel for the defendants has agreed that the Plaintiff's counsel may represent that this motion is unopposed.

DATED THIS 14th DAY OF JUNE, 2021

KENT LAW

By: /s/ Stephen A. Kent
Nevada Bar No. 1251
201 West Liberty Street, Suite 320
Reno, Nevada 89501
Telephone: (775) 324-9800
Facsimile: (775) 324-9803
Email: skent@skentlaw.com

And

FLANIGAN & BATAILLE

By: /s/ Michael W. Flanigan, Esq.
Alaska Bar No. 7710114
Admitted *Pro Hac Vice*
1007 W. 3rd Ave., Suite 206
Anchorage, Alaska 99501
Telephone: (907) 279-9999
Facsimile: (907) 258-3804
Email: mflanigan@farnorthlaw.com

*Co-Counsel for Plaintiff Warren Smith*

## **ORDER**

IT IS SO ORDERED, *nunc pro tunc*.

DATED this 15th day of June, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE