# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WARREN SMITH, | Case No. 3:20-cv-00454-LRH-CLB |
| Plaintiff, | |
| v. | **PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DATE FOR REPLY BRIEF** |
| UNITED PARCEL SERVICE, INC., UNITED PARCEL SERVICE FLEXIBLE BENEFIT PLAN, and AETNA LIFE INSURANCE COMPANY, | **AND ORDER THEREON** |
| Defendants. | |

Plaintiff Warren Smith, by and through counsel, moves this Court for an extension until June 28, 2021 to file his Reply Brief in this matter. This additional extension is based on the fact that Counsel preparing the Reply Brief in this case suffered an injury that incapacitated him although he is expected to recover in time to complete the Reply Brief

before June 28, 2021. The defendants have agreed that the Plaintiff's counsel may represent that this motion is unopposed.

DATED THIS 21st DAY OF JUNE, 2021

KENT LAW

By: /s/ Stephen A. Kent
Nevada Bar No. 1251
201 West Liberty Street, Suite 320
Reno, Nevada 89501
Telephone: (775) 324-9800
Facsimile: (775) 324-9803
Email: skent@skentlaw.com

And

FLANIGAN & BATAILLE

By: /s/ Michael W. Flanigan, Esq.
Alaska Bar No. 7710114
Admitted *Pro Hac Vice*
1007 W. 3rd Ave., Suite 206
Anchorage, Alaska 99501
Telephone: (907) 279-9999
Facsimile: (907) 258-3804
Email: mflanigan@farnorthlaw.com

*Co-Counsel for Plaintiff Warren Smith*

**ORDER**

IT IS SO ORDERED, *nunc pro tunc*.

DATED this 22nd day of June, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE