1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WARREN SMITH,

              Plaintiff,

vs.

UNITED PARCEL SERVICE, INC; UNITED PARCEL SERVICE FLEXIBLE BENEFIT PLAN; AETNA LIFE INSURANCE COMPANY,

              Defendants.

CASE NO.:  3:20-cv-00454-LRH-CLB

**ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY ORDERED that all claims asserted in this matter against Defendants are dismissed with prejudice, and each party is to bear his/its own attorneys' fees and costs.

IT IS FURTHER ORDERED that Plaintiff's Motion for Attorneys Fees and Costs (ECF No. 49) is DENIED AS MOOT.

IT IS SO ORDERED.

DATED this ___ day of December, 2022.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE